IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| HART CHESNUTT, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § | No. 5:22-CV-110-BQ |
| COVINGTON SPECIALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal with Prejudice in accordance with FED. R. CIV. P. 41(a)(1)(A)(ii). ECF No. 60. The filing is signed by all parties to the action. *Id.* at 1–2. "Except in special circumstances, . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004) (per curiam). Upon consideration of the filing, the Court finds that the parties' joint notice satisfies the requirements for voluntary dismissal without a court order as set forth in Rule 41(a)(1)(A)(ii). *See* ECF No. 60.

In light of the settlement, Defendant's Motions to Strike are **DENIED as moot**. ECF Nos. 36, 37, 38. The Court **DIRECTS** the Clerk of Court to close the case—all claims against all parties are dismissed with prejudice and each party shall bear their own costs.

**SO ORDERED.**

Dated: March 26, 2024.

D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE